Sean Gavin (SBN 251124)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, CA  95834
T:  916.779.3500
F:  916.779.3508
E:  sean@foosgavinlaw.com

Attorneys for Plaintiff
CASSANDRA REIDENBACH

Nina Huerta (SBN 229070)
nhuerta@lockelord.com
Phillip Chan (SBN 263907)
pchan@lockelord.com
LOCKE LORD LLP
500 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:  916-930-2500
Fax:  916-930-2501

Attorneys for Defendant
ART WATER, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA REIDENBACH<br><br>               Plaintiff,<br><br>   vs.<br><br>ART WATER, LLC, a California limited liability company; and DOES 1 through 50, inclusive<br><br>               Defendant. | Case No. 2:15-cv-02230-JAM-AC<br><br>**ORDER FOR PARTIAL DISMISSAL**<br><br>Complaint Filed: August 27, 2015<br>Removal Filed:   October 26, 2015<br><br>**Removed From:**<br>  **El Dorado County Superior**<br>  **Court, Case No. PC20150453** |

The Court, having considered the Stipulation for Partial Dismissal filed by Plaintiff CASSANDRA REIDENBACH ("Plaintiff") and the Defendant ART WATER, LLC ("Defendant," and collectively with Plaintiff, the "Parties"), hereby orders as follows:

Plaintiff's following claims are dismissed without prejudice:  (1) Disability Discrimination in Violation of California Government Code § 12940(a), (2) Failure to Provide Reasonable Accommodations in Violation of California Government Code § 12940(m), (3) Failure to Engage in the Interactive Process in Violation of California Government Code § 12940(n), and (4) Wrongful Termination in Violation of Public Policy (as to Disability Discrimination).

**IT IS SO ORDERED.**

Dated:  __5/25/2016_____

_____
/s/ John A. Mendez_____
United States District Court Judge